IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Seanette Ida Coaxum, | C/A No.: 8:16-cv-01099-TLW-JDA |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Seanette Ida Coaxum brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's final decision denying Plaintiff's claims for disability insurance benefits and supplemental security income. ECF No. 1. This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge Austin, ECF No. 22, to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), (D.S.C.). In the R&R, the Magistrate Judge recommends the decision of the Commissioner be reversed and the case remanded for further administrative action consistent with the R&R. The Commissioner filed a notice that she did not object to the R&R, ECF No. 24, and no other objections were filed.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

In light of the standard above, this Court has carefully reviewed the Magistrate Judge's R&R. Noting that no objections were received, the R&R is hereby ACCEPTED. For the reasons

articulated by the Magistrate Judge, the Commissioner's decision is reversed, and this case is remanded for further administrative action consistent with the R&R.

**IT IS SO ORDERED**.

<u>s/Terry L. Wooten</u>
Chief United States District Judge

June 7, 2017
Columbia, South Carolina